# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

NICHOL OKVATH                                                                                          PLAINTIFF

v.                                               4:22-cv-00812-BRW-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                             DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 22nd day of June 2023.

                                                      BILLY ROY WILSON
                                                      BILLY ROY WILSON
                                                      UNITED STATES DISTRICT JUDGE