# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOL OKVATH**                                                **PLAINTIFF**

**v.**                         **4:22-cv-00812-BRW-JJV**

**KILOLO KIJAKAZI,**
**Acting Commissioner,**
**Social Security Administration,**                                     **DEFENDANT**

## AMENDED ORDER

I have received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. Yesterday, not realizing objections had been filed, I entered an Order stating there were no objection. However, objections were filed. So, I have again reviewed of the RD, considered the timely objections, and conducted a *de novo* review of the record.

I approve and adopt the RD in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

The June 22, 2023, Judgment (Doc. No. 20) remains in effect.

IT IS SO ORDERED this 23rd day of June, 2023.

                                                               *Billy Roy Wilson*
                                                               UNITED STATES DISTRICT JUDGE